PAUL KROTEL, as Receiver, etc., Respondent, *v.* HENRY F. WILLIAMS et al., Appellants.

(Submitted October 15, 1889; decided October 22, 1889.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made the first Monday of October, 1886, which affirmed a judgment in favor of plaintiff, entered upon a decision of the court on trial at Special Term; and, also, appeal from so much of said order as affirmed an order amending case and exceptions.

*Thomas Darlington* for appellants.

*N. A. Halbert* and *William E. Millard* for respondent.

Agree to dismiss appeal from order and to affirm judgment; no opinion.

All concur.

Judgment affirmed and appeal from order dismissed.